IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMED SOLTAN, | ) |
| | ) |
| | ) Civil Action No.: 20-cv-1437 |
| Plaintiff, | ) |
| | ) **NOTICE OF ERRATA TO PLAINTIFF'S** |
| | ) **COMPLAINT PURSUANT TO TORTURE** |
| v. | ) **VICTIM PROTECTION ACT** |
| | ) |
| HAZEM ABDEL AZIZ EL BEBLAWI, | ) |
| | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

## NOTICE OF ERRATA

Plaintiff Mohamed Soltan, by and through undersigned counsel, respectfully submits this Notice of Errata to his Complaint pursuant to the Torture Victim Protection Act, filed on June 1, 2020, to correct an inadvertent clerical error.  This errata corrects the case caption of the Complaint as it did not include Defendant's address.  The corrected version of the Complaint's case caption is attached as Exhibit A.

June 1, 2020                               Respectfully submitted,

/s/ Eric L. Lewis
_____
ERIC L. LEWIS (D.C. Bar #394643)
WALEED NASSAR (D.C. Bar #992659)
JEFFREY D. ROBINSON (D.C. Bar #376037)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Counsel for Plaintiff Mohamed Soltan

1

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MOHAMED SOLTAN, <br> 2907 Bleeker St. <br> Fairfax, VA 22031 <br>                Plaintiff, <br><br> v. <br><br><br> HAZEM ABDEL AZIZ EL BEBLAWI, <br> 1597 N. Colonial Terrace <br> Arlington, VA 22209 <br>                Defendant. | Civil Action No.: <br><br> **COMPLAINT PURSUANT TO TORTURE VICTIM PROTECTION ACT** <br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

Plaintiff Mohamed Soltan, for his complaint in the above-captioned matter, states and alleges as follows:

**PRELIMINARY STATEMENT**

1.    This is a civil action for compensatory and punitive damages brought by Plaintiff Mohamed Soltan, a citizen of the United States, under the Torture Victim Protection Act ("TVPA"), Pub. L. No. 102-256, 106 Stat. 73 (1992) (codified at, 28 U.S.C. §1350). Plaintiff is a citizen of the United States who was almost killed, brutally wounded, imprisoned and tortured for nearly two years in Egypt because he dared to expose to the world the Egyptian military government's brutal suppression and massacre of peaceful demonstrators. That suppression and massacre, as well as Plaintiff's imprisonment, torture and near death, were the direct results of actions taken by the highest levels of the Egyptian government, including, significantly, by Defendant Hazem Abdel Aziz El Beblawi, the former Egyptian Prime Minister.

1