**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

Mohamed Soltan

                          **Plaintiff**

                                         Case No.: 20-1437-CKK

                            *vs.*

Hazem Abdel Aziz El Beblawi

                          **Defendant**

---

## AFFIDAVIT OF SERVICE

I, George Illidge, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action and Complaint Pursuant to Torture Victim Protection Act in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 6/3/2020 at 12:55 PM, I served Hazem Abdel Aziz El Beblawi at 1601 Clarendon Boulevard, Apartment 1503, Arlington, Virginia 22209 with the Summons in a Civil Action and Complaint Pursuant to Torture Victim Protection Act by serving Hazem Abdel Aziz El Beblawi, personally.

Hazem Abdel Aziz El Beblawi is described herein as:

Gender: Male   Race/Skin: White   Age: 70   Weight: 150   Height: 5'6"   Hair: Brown/Gray   Glasses: No

That on June 2, 2020 at 6:16 PM, my agent, Abel Emiru attempted to serve Hazem Abdel Aziz El Beblawi at his last verified address of 1597 N. Colonial Terrace, Arlington, Virginia 22209. On this occasion, Mr. Emiru approached the residence, and spoke with the current resident - a white male at the front door who was 5'10", 195 pounds, with black hair and approximately 56 years old. Mr. Emiru asked the man if Hazem Abdel Aziz El Beblawi was home and he stated that no one by this name resided therein with him. The man said that he moved into this townhouse about one year ago and that he sometimes received mail addressed to Mr. Beblawi. Because this had been Mr. Beblawi's last known verified address, Mr. Emiru posted the service documents to the front door. In addition, a copy of the same was mailed on 6/4/2020 to Hazem Abdel Aziz El Beblawi at 1597 N. Colonial Terrace, Arlington, Virginia 22209, via first class US Postage prepaid.

That on June 2, 2020 at 8:01 PM, my agent, Abel Emiru attempted to serve Hazem Abdel Aziz El Beblawi at 1601 Clarendon Boulevard, Apartment 1503, Arlington, Virginia 22209. On this occasion, Mr. Emiru stated that although he was able to enter the secure building, he was unable to get up to the 15th floor without a key fob. Mr. Emiru went on to state that the apartment building's management office was closed, and that there were not any employees working at the front desk. Mr. Emiru left the service package on the front desk with a note on top asking the documents to be delivered to Hazem Abdel Aziz El Beblawi in Apartment 1503.

That on June 3, 2020 at 12:48 PM, when attempting to serve Hazem Abdel Aziz El Beblawi at 1601 Clarendon Boulevard, Apartment 1503, Arlington, Virginia 22209, I found the entrance door to the apartment building to be locked, so I knocked and I was let in by the leasing center employee. The building employee was an African American male, about 25 years old, 5'8, 160 pounds, with brown hair and no glasses. I told him I had legal documents for a resident of the building and asked him their policy for serving residents with process within the building. He responded by saying he just needs to call the tenant and get authorization. I told him the apartment number and the leasing employee called Mr. Beblawi. He greeted Mr. Beblawi on the phone as 'Hazem' and told him I had legal documents to serve to him. Mr. Beblawi granted me access to come upstairs to his floor. The employee escorted me to the elevator and used his key fob to press the elevator button for floor 15 for me. When I got out of the elevator, I saw Mr. Beblawi waiting for me in the doorway of Apartment 1503, with his door open at the time. Mr. Beblawi then greeted me, confirmed his name and

after I explained the documents I had for him he accepted service. He spoke with a Middle Eastern accent. He said "thank you" and then shut the apartment door.

I declare under penalty of perjury that this information is true and correct.

6/5/2020
Executed On



George Illidge

Client Ref Number:3385-00001
Job #: 1578333

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MOHAMED SOLTAN <br><br> *Plaintiff(s)* <br> v. <br> HAZEM ABDEL AZIZ EL BEBLAWI <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-1437-CKK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HAZEM ABDEL AZIZ EL BEBLAWI
1597 N. COLONIAL TERRACE
ARLINGTON, VA  22209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ERIC L. LEWIS
WALEED NASSAR
JEFFREY ROBINSON
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 NEW YORK AVENUE, N.W., SUITE 1000
WASHINGTON, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   6/1/2020



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*