IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMED SOLTAN,<br><br>                   Plaintiff,<br><br>v.<br><br>HAZEM ABDEL AZIZ EL BEBLAWI,<br><br>                   Defendant. | Civil Action No.: 20-cv-1437 (CKK) |

**PLAINTIFF MOHAMED SOLTAN'S**
**MOTION FOR EMERGENCY STATUS CONFERENCE**

      Pursuant to the Court's inherent power to manage its own proceedings, and for the reasons stated in the accompanying Memorandum of Facts and Law, Plaintiff Mohamed Soltan moves this Court for an emergency status conference.  As detailed in the Notice of Filing dated June 10, 2020 (ECF #11), and the accompanying Second Declaration of Plaintiff Mohamed Soltan, multiple acts of intimidation against Plaintiffs' family have taken place in Egypt since Defendant Beblawi was served with the Complaint. Those acts of intimidation threaten to interfere with this Court's ability to administer justice in this case.  Plaintiff now seeks the Court's involvement to determine the nature and extent of Defendant Beblawi's involvement in or knowledge of these attacks, to ascertain any actions or communications on his part that may be related to what has occurred in Egypt, and to prevent Defendant Beblawi from taking future actions or communicating with persons in Egypt which will have the effect of subverting justice.

      A proposed order is attached.  Plaintiff and his counsel are available for a status conference at the Court's convenience. In the event that the Court grants the instant motion and issues an order

scheduling an emergency status conference, Plaintiff's counsel will attempt to hand deliver a copy of any such order issued to Defendant Beblawi.

DATED:      June 16, 2020                    Respectfully submitted,

/s/ Eric L. Lewis
Eric L. Lewis (D.C. Bar #394643)
Waleed Nassar (D.C. Bar #992659)
Jeffrey D. Robinson (D.C. Bar #376037)
Aisha E. Bembry (D.C. Bar #4889500)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Counsel for Plaintiff Mohamed Soltan