# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMED SOLTAN, | ) |
|  | ) |
|  | ) Civil Action No.: 20-cv-1437 (CKK) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| HAZEM ABDEL AZIZ EL BEBLAWI, | ) |
|  | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Mohamed Soltan's Motion for an Emergency Status Conference, it is hereby **ORDERED** that the motion is **GRANTED**.

Parties are hereby ordered to appear for a status conference on _____ at _____ a.m./p.m.

Dated: _____

HON. COLLEEN KOLLAR-KOTELLY
United States District Judge

**LOCAL RULE 7(K) APPENDIX**

The following attorneys are entitled to be notified of the entry of the attached [Proposed] Order:

Eric L. Lewis (D.C. Bar #394643)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Waleed Nassar (D.C. Bar #992659)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Jeffrey D. Robinson (D.C. Bar #376037)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Aisha E. Bembry (D.C. Bar #4889500)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Counsel for Plaintiff Mohamed Soltan


The following parties are entitled to be notified of the entry of the attached [Proposed] Order:

Hazem Abdel Aziz El Beblawi
1601 Clarendon Blvd., Apt. 1503
Arlington, VA 22209


Defendant