IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED SOLTAN,

    Plaintiff,

v.

HAZEM ABDEL AZIS EL BEBLAWI,

    Defendant.

Civil Action No.: 20-cv-01437 (CKK)

### DECLARATION OF TIMOTHY M. BROAS

    I, TIMOTHY M. BROAS, pursuant to 28 U.S.C. §1746, hereby declare and state:

    1.    I am licensed to practice before this Court. My firm Bryan Cave Leighton Paisner, LLP and I represent the Defendant Hazem Abdel Aziz El Beblawi ("Mr. Beblawi") in this matter. The facts in this declaration are true based on personal knowledge, except those alleged on information and belief.

    2.    This lawsuit was filed June 1, 2020 based on events alleged to have happened prior to May 2015. Compl. ¶ 12. An affidavit of service claiming to have effectuated service on Mr. Beblawi on June 3, 2020, was filed with this Court on June 8, 2020. Dkt. 9. My firm and co-counsel Robert H. Bunzel and his firm Bartko, Zankel, Bunzel & Miller PC, have only recently been retained to represent Mr. Beblawi. Given our very recent retention coupled with the COVID-19 pandemic, neither Mr. Bunzel nor I have yet met with Mr. Beblawi.

    3.    Mr. Beblawi is the former Prime Minister of Egypt and is 83 years of age. According to the Complaint, he has not served as Prime Minister since March 1, 2014 and is currently an executive director of the International Monetary Fund (the "IMF"). Compl. ¶ 14. I am informed and believe that Mr. Beblawi holds a diplomatic G-1 Visa issued by the United States. Mr. Beblawi intends to present challenges to the jurisdiction of this Court based on official and diplomatic immunities, among other defenses. In my experience, pleading motions in cases against foreign officials are legally complex and require appropriate briefing and detailed submissions to the Court,

most preferably on a stipulated schedule and Court Order.

4. Upon retention, I emailed counsel for Plaintiff Mohamed Soltan ("Plaintiff") on the morning of Tuesday June 16, 2020 to arrange a call to discuss the timing of a responsive pleading to the Complaint. Mr. Lewis advised he was not available until Wednesday June 17, 2020.

5. On June 17, 2020 at 11:30 a.m., Mr. Lewis, several of his colleagues, Mr. Bunzel and I spoke on the telephone. I requested that Plaintiff agree to a 60-day extension of time for Mr. Beblawi to file a responsive motion to the Complaint, that we would agree to provide Plaintiff a 30-day period thereafter for an opposition, and that a reply would be due 15 or 21 days after the opposition. These are dates that generally conform to the proposed Order submitted with this motion.

6. Mr. Lewis said on that call that he is very concerned about events in Egypt, referencing the motion for emergency status conference he filed June 12, 2020. *See* Dkt. 12. Mr. Bunzel noted that we represent only Mr. Beblawi who works for the IMF, and not the state of Egypt, and that we had no ability to control events in Egypt. Mr. Bunzel said that substantial immunity-based defenses would be asserted to the jurisdiction of the Court. Mr. Bunzel said that absent a prompt agreement for an extension, Mr. Beblawi would file a motion seeking an order for the same and that we hoped this would not be necessary.

7. Mr. Lewis agreed on that call that he would respond later on June 17, 2020 to the request for consent to an extension of time to file a responsive pleading. Later on June 17, 2020, I received the letter attached hereto as Exhibit A from Mr. Lewis advising that he did not agree to any extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 18, 2020                 _____
                                            Timothy M. Broas

# EXHIBIT A



Eric L. Lewis
202 659 7203
eric.lewis@lbkmlaw.com

June 17, 2020

**VIA EMAIL**

Timothy M. Broas, Esq.
Bryan Cave Leighton Paisner LLP
1155 F Street, N.W.
Washington, D.C. 20004

Robert H. Bunzel, Esq.
Bartko Zankel Bunzel & Miller
One Embarcadero Center
Suite 800
San Francisco, CA 94111

    Re:    *Mohamed Soltan v. Hazem Abdel Aziz El Beblawi*, **Case No. 20-cv-1437(CKK)**

Dear Tim and Rob:

    In our telephone discussion of earlier today, you requested on behalf of your client, Hazem El Beblawi, that we agree to the following extension and schedule: (i) a 60 day extension beyond the June 23 response date provided by the Federal Rules for you to answer or otherwise plead in respect of the complaint; (ii) a thirty day period for us to file an opposition to your motion; and (iii) 21 days thereafter for you to file any reply.  You indicated your view that there are serious immunity issues that you would raise and that these issues should be thoroughly briefed.  Our understanding is that the immunity arguments are based upon your client's senior position at the International Monetary Fund.  You asked for a response by close of business today.

    During the call you also indicated that you had reviewed our motion seeking a status conference in which we requested that your client would be present to address the issues raised in that motion.  As I understand your position, you maintain that your client should not appear at such a conference or otherwise in court until the immunity issues are resolved.

    As I said, I have always believed in courtesy and accommodation of opposing counsel on reasonable timing and have no intention of trying to create scheduling squeezes as a litigation



Timothy M. Broas, Esq.
Robert H. Bunzel, Esq.
June 17, 2020
Page 2

tactic. As I also made clear, we are extremely concerned that five of my client's relatives have been arrested in Egypt and we are advised that the Egyptian authorities have stated that those relatives have done nothing wrong and will be released when this case is dropped. My client has no intention of dropping the case. The actions taken by the Egyptian government require that we do everything we can to move this case forward as quickly as possible.

You have stated that you represent Mr. Beblawi and not the Government of Egypt. Nevertheless, these actions have clearly been taken in reaction to the filing of this case against Mr. Beblawi and we cannot agree to a briefing schedule that: (i) would take us well into the autumn; (ii) would prevent Mr. Beblawi from being examined with respect to his knowledge and communications about events in Egypt until the immunity issues are resolved; and (iii) leave five of Mr. Soltan's relatives held in jail and his family in fear for their safety and security.

Given these unique and troubling circumstances, we cannot agree to the scheduling order you have requested. To the extent that circumstances change and our client and his family are not prejudiced by continued delay, we can have further discussions. But as matters stand, we must move forward as the Federal Rules provide. If you intend to file a motion, we will respond promptly.

Very truly yours,

Eric L. Lewis