**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMED SOLTAN,<br><br>    Plaintiff,<br><br>v.<br><br>HAZEM ABDEL AZIS EL BEBLAWI,<br><br>    Defendant. | Civil Action No.: 20-cv-01437 (CKK) |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court upon the motion of Defendant HAZEM ABDEL AZIZ EL BEBLAWI ("Defendant") for an extension of time to answer, move or otherwise respond to the Complaint of Plaintiff MOHAMED SOLTAN ("Plaintiff") and to set a briefing schedule for Defendant's forthcoming motion to dismiss, for good cause shown:

IT IS on this _____ day of June, 2020:

ORDERED that the time within which Defendant shall answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter is hereby extended to and including August 21, 2020; and

FURTHER ORDERED that Plaintiff shall file his opposition to Defendant's motion to dismiss on or before September 21, 2020, and Defendant shall file his reply in support of the motion to dismiss on or before October 12, 2020.

_____
UNITED STATES DISTRICT JUDGE