**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MOHAMED SOLTAN,  ) <br>     Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br>  ) <br> HAZEM ABDEL AZIZ EL BEBLAWI  ) <br>     Defendant.  ) <br>  ) | Civil Action No.: 20-cv-1437 (CKK) |

**DECLARATION OF ERIC L. LEWIS IN SUPPORT OF**
**PLAINTIFF MOHAMED SOLTAN'S OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

ERIC L. LEWIS, pursuant to 28 U.S.C. §1746, hereby declares and states:

1. I am a partner in the law firm Lewis Baach Kaufmann Middlemiss PLLC, attorneys for Plaintiff Mohamed Soltan ("Plaintiff"), and a member of the bar of this Court. I make this affirmation in support of Plaintiff Mohamed Soltan's Opposition to Defendant's Motion for Extension of Time to File Responsive Pleading.

2. On June 17, 2020, I, along with two of my partners, participated in a conference call with Mr. Timothy M. Broas and Mr. Robert H. Bunzel, counsel for Defendant Hazem Abdel Aziz El Beblawi ("Defendant"). On that call, Mr. Broas requested (i) a 60 day extension beyond the date provided by the Federal Rules to answer or otherwise plead in respect of the complaint; (ii) a thirty day period for Plaintiff to file an opposition to Defendant's anticipated motion; and (iii) 21 days thereafter for Plaintiff to file any reply.

3. In response to Mr. Broas' request, I explained that, while it is my general practice to extend courtesies to opposing counsel and to accommodate reasonable requests for extensions of time, the very serious retaliatory actions taken by the Egyptian government, as detailed in our

recent filings with the court, would necessarily have an impact on my view about any extensions and I was not inclined to agree to an extension that would result in a delay in the requested emergency status conference.

4. Mr. Bunzel indicated that counsel had read the papers we submitted, but that they represent only Mr. Beblawi, who works for the IMF, and not the Egyptian government, and that they have no control over events in Egypt.  Mr. Bunzel then stated that there are substantial jurisdictional and immunity defenses and that court proceedings as to Mr. Beblawi was "not appropriate" until jurisdiction is resolved.  Counsel requested a response to their extension request and proposed briefing schedule by the end of the day.

5. I agreed to discuss with my client, Mr. Soltan, Defendant's requests and to provide a response before the end of the day.

6. Later that day, on June 17, I wrote to counsel for the Defendant and communicated that Mr. Soltan declined to consent to any additional time specifically based on Defendant's position that he is unwilling to come to Court until the immunity and jurisdiction issues are resolved.  A copy of my letter to Mr. Broas and Mr. Bunzel, dated June 17, 2020, is attached as Exhibit A to the Declaration of Timothy M. Broas dated June 18, 2020 (ECF #13-1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 23,  2020

Eric L. Lewis