**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MOHAMED SOLTAN, | ) |
|  | ) |
|  | ) Civil Action No.: 20-cv-1437 (CKK) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| HAZEM ABDEL AZIZ EL BEBLAWI, | ) |
|  | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Hazem Abdel Aziz El Beblawi's Motion for Extension of Time to File Responsive Pleading, it is hereby **ORDERED** that the motion is **DENIED**.

It is **FURTHER ORDERED** that Defendant shall answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter on or before _____, 2020, Plaintiff shall file any Opposition by _____, 2020 and any Reply shall be filed by \_\_\_\_\_, 2020.

Dated: _____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge

## LOCAL RULE 7(K) APPENDIX

The following attorneys are entitled to be notified of the entry of the attached [Proposed] Order:

Eric L. Lewis (D.C. Bar #394643)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Waleed Nassar (D.C. Bar #992659)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Jeffrey D. Robinson (D.C. Bar #376037)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Aisha E. Bembry (D.C. Bar #4889500)
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Counsel for Plaintiff Mohamed Soltan

Timothy M. Broas (D.C. Bar #391145)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817
(202) 282-5000
Fax: (202) 282-5100
Email: timothy.broas@bclplaw.com

Rachel Anna Beck (D.C.Bar #1029929)
Bryan Cave Leighton Paisner, LLP
1155 F Street, NW
Suite 700
Washington, DC 20004
(202) 508-6087
Email: rachel.beck@bclplaw.com


Counsel for Defendant Hazem Abdel Aziz El Beblawi