**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMED SOLTAN,<br><br>   Plaintiff,<br><br>v.<br><br>HAZEM ABDEL AZIS EL BEBLAWI,<br><br>   Defendant. | Civil Action No.: 20-cv-01437 (CKK) |

**SUPPLEMENTAL DECLARATION OF TIMOTHY M. BROAS**

  I, TIMOTHY M. BROAS, pursuant to 28 U.S.C. §1746, hereby declare and state:

  1. My firm Bryan Cave Leighton Paisner, LLP and I, along with co-counsel Mr. Robert H. Bunzel and his firm, Bartko, Zankel, Bunzel & Miller PC, represent the Defendant Hazem Abdel Aziz El Beblawi ("Mr. Beblawi") in this matter. The facts in this declaration are true based on personal knowledge, except those alleged on information and belief.

  2. Mr. Bunzel and I have recently received an update regarding the request to the United States State Department for a formal suggestion of immunity. Attached hereto as Exhibit A is, upon information and belief, a copy of Diplomatic Note 0077-2020 from the Egyptian Embassy to the United States State Department, issued June 23, 2020, introducing Mr. Bunzel and me, and advising that "A detailed diplomatic note will soon be dispatched to the State Department respectfully requesting the United States of America to recognize the immunities from suit in respect to Mr El Beblawi." Ex. A.

  3. Attached hereto as Exhibit B is, upon information and belief, a copy of Diplomatic Note 0078-2020 issued by the Egyptian Embassy to the United States State Department today, June 24, 2020, officially requesting a suggestion of immunity from the United States.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2020

_____
Timothy M. Broas

# EXHIBIT A



*Embassy of the Arab Republic of Egypt*

0077 - 2020

    The Embassy of the Arab Republic of Egypt in Washington D.C. presents its compliments to the State Department (Office of Egyptian Affairs / Office of Foreign Missions) and has the honor to inform of a claim filed in the District Court of Columbia, Soltan v El Beblawi Civil Action No.: 20-cv-01437 (CKK). Mr. Hazem El Beblawi named as the Defendant in the action is a diplomat representing the Arab Republic of Egypt to the International Monetary Fund in the United States at the present time and was the Prime Minister of Egypt at the time of the events cited in the claim. A detailed diplomatic note will soon be dispatched to the State Department respectfully requesting the United States of America to recognize the immunities from suit in respect to Mr El Beblawi.

    The Embassy of the Arab Republic of Egypt in Washington D.C. also kindly informs the State Department that the lawyers representing Mr. El Beblawi are Mr. Robert H. Bunzel of Bartko, Zankel, Bunzel, Miller and Mr. Timothy Broas of Bryan Cave Leighton & Paisner. They are filing a motion for an extension of time at the Court to enable an intervention in the proceedings to take place. Mr Bunzel and Mr Broas will be in contact with the State Department on behalf of Mr. El Beblawi.

    The Embassy of the Arab Republic of Egypt in Washington D.C. avails itself of this opportunity to express to the State Department (Office of Egyptian Affairs / Office of Foreign Missions) the assurances of its highest consideration.

Washington DC, 22 June 2020

To:
- Office of Egyptian Affairs, State Dept.
- Office of Foreign Missions, State Dept.

# EXHIBIT B



*Embassy of the Arab Republic of Egypt*

0078- 2020

The Embassy of the Arab Republic of Egypt in Washington D.C. presents its compliments to the State Department (Office of Egyptian Affairs / Office of Foreign Missions) and has the honor to invite its attention to the following matter:

As stated in Note 0077-2020, a civil claim has been initiated in the District Court of the District of Columbia (Soltan v El Beblawi Civil Action No.: 20-vc-01437 (CKK)) against Mr. Hazem El Beblawi. Mr. El Beblawi was the Prime Minister (Head of Government) of the Arab Republic of Egypt between July 9, 2013 until March 1, 2014. Mr. El Beblawi is now a diplomat representing the Arab Republic of Egypt to the International Monetary Fund in the United States and is entitled to all the immunities and privileges of a diplomatic agent.

The Arab Republic of Egypt respectfully requests the Department of State to recognize and allow the immunities of Mr. El Beblawi concerning the Complaint at all material times as its Head of Government, with entitlement to functional immunity, and as its current diplomatic agent, being his current personal immunity. The effect of the District Court of the District of Columbia exercising jurisdiction in this case would be to seek to enforce a rule of law against the Egyptian state and is contrary to the principles of international law.

The Arab Republic of Egypt respectfully requests the United States Government to submit to the court a Suggestion of Immunity on behalf of Mr. El Beblawi. The basis for the Suggestion of Immunity is twofold, namely (1) that all of the actions alleged against Mr. El Beblawi at issue in this suit relate to his official capacity as Egypt's Prime Minister, and (2) that Mr. El Beblawi is inviolable and immune from civil suit on account of his current diplomatic status. Nothing in this Note should be taken to indicate any waiver of rights under customary international law, the Vienna Convention, or otherwise.

The Embassy of the Arab Republic of Egypt in Washington D.C. avails itself of this opportunity to express to the State Department (Office of Egyptian Affairs / Office of Foreign Missions) the assurances of its highest consideration.

Washington DC, 24 June 2020

To:
- Office of Egyptian Affairs, State Dept.
- Office of Foreign Missions, State Dept.