# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MOHAMED SOLTAN,

      Plaintiff,

v.

HAZEM ABDEL AZIZ EL BEBLAWI,

      Defendant.

Case No. 1:20-cv-01437-CKK

### DEFENDANT HAZEM ABDEL AZIZ EL BEBLAWI'S
### MOTION TO DISMISS PLAINTIFF MOHAMED SOLTAN'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), Defendant Hazem Abdel Aziz El Beblawi ("Defendant" or "Mr. Beblawi") respectfully moves the Court to dismiss the Complaint of Plaintiff Soltan Mohamed ("Plaintiff" or "Mr. Soltan").

As set forth in the accompanying Memorandum of Points and Authorities, the Court should dismiss this action for lack of personal jurisdiction, lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. The Court should further dismiss this action as Mr. Beblawi is immune from suit by virtue of diplomatic immunity and foreign official immunity. *See* Diplomatic Relations Act of 1978, 22 U.S.C. § 254d; Vienna Convention on Diplomatic Relations, art. 31(1), Dec. 13, 1972, 23 U.S.T. 3227.

In addition, the Court should dismiss Plaintiff's Complaint pursuant to the Act of State Doctrine and because this case presents a non-justiciable political question. *See Banco Nacional de Cuba v. Sabbatino,* 376 U.S. 398 (1964); *Underhill v. Hernandez*, 168 U.S. 250 (1897); *Dames & Moore v. Regan*, 453 U.S. 654 (1981); *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 170 (1803); *Baker v. Carr*, 369 U.S. 186 (1962); *Bancoult v. McNamara*, 445 F.3d 427, 432 (D.C. Cir. 2006). A proposed order has been submitted with this motion.

Respectfully submitted,

Dated:  June 24, 2020

*/s/ Timothy M. Broas*

TIMOTHY M. BROAS (D.C. Bar #391145)
RACHEL A. BECK (D.C. Bar #1029929)
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, NW Suite 700
Washington, DC  20004
Tel.: (202) 508-6000
Email: timothy.broas@bclplaw.com
          rachel.beck@bclplaw.com

*/s/ Robert H. Bunzel*

ROBERT H. BUNZEL (*pro hac vice*)
LOUISE ANN FERNANDEZ (*pro hac vice*)
JOHN J. BARTKO (*pro hac vice*)
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Corporation
One Embarcadero Center Suite 800
San Francisco, CA 94111
Tel: (415) 956-1900
Email: rbunzel@bzbm.com
          lfernandez@bzbm.com
          jbartko@bzbm.com

*Attorneys for Hazem Abdel Azis El Beblawi*