## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED SOLTAN,<br><br>      Plaintiff,<br><br>v.<br><br>HAZEM ABDEL AZIS EL BEBLAWI,<br><br>      Defendant. | Civil Action No.: 20-cv-01437 (CKK) |

## **[PROPOSED] ORDER**

THIS MATTER having come before the Court upon the motion of Defendant HAZEM ABDEL AZIZ EL BEBLAWI seeking an order dismissing the Complaint filed by Plaintiff MOHAMED SOLTAN with prejudice,

IT IS on this _____ day of _____ 2020:

ORDERED that this action is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE