## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED SOLTAN, <br>     Plaintiff <br><br> v. <br><br> HAZEM ABDEL AZIZ EL BEBLAWI, <br>     Defendant | Civil Action No. 20-1437 (CKK) |

### ORDER
(June 25, 2020)

The Court is in receipt of Defendant Hazem Abdel Aziz El Beblawi's [13] Motion for an Extension. In the Motion, Defendant Beblawi requests an extension of time to file a responsive pleading to Plaintiff's Complaint due to significant jurisdictional, foreign affairs, and separation of powers issues. Additionally, Defendant Beblawi requested additional time to consult with appropriate agencies within the Egyptian and United States governments regarding immunity.

However, on June 24, 2020, Defendant Beblawi filed a [25] Motion to Dismiss Plaintiff's Complaint. In the Motion, Defendant Beblawi raises jurisdictional and other arguments for dismissal. However, the Court notes that Defendant Beblawi still requests additional time for the United States to act on Egypt's request for a suggestion of immunity.

Because Defendant Beblawi has filed a response to Plaintiff's Complaint, the Court DENIES AS MOOT Defendant Beblawi's [13] Motion for an Extension. The Court further ORDERS Plaintiff to file a combined Response to Defendant Beblawi's Motion to Dismiss and his [24] Motion to Quash Service of Process by no later than JULY 28, 2020. Plaintiff may file his Response earlier if he is able. The Court will set a date for Defendant Beblawi's Reply after Plaintiff's Response is filed.

**SO ORDERED.**

                                                            /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge