# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MOHAMED SOLTAN,

    Plaintiff,

v.

HAZEM ABDEL AZIZ EL BEBLAWI,

    Defendant.

Civil Action No.: 20-cv-01437 (CKK)

### DEFENDANT HAZEM ABDEL AZIZ EL BEBLAWI'S CONSENT MOTION TO CORRECT MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant Hazem Abdel Aziz El Beblawi ("Defendant" or "Mr. Beblawi"), by and through the undersigned counsel, respectfully submits this Consent Motion to Correct the Memorandum In Support of Defendant's Motion to Dismiss ("Memorandum").

On June 24, 2020, the original Memorandum (i.e., existing Docket 25-1) was filed in an abundance of caution as the Court had not yet ruled on Mr. Beblawi's Motion for Extension of Time to File Responsive Pleading ("Motion for Extension"). Dkt. 13. On June 25, 2020, the Court issued its Order denying Mr. Beblawi's Motion for Extension as moot. Dkt. 27. As a result of time constraints coupled with Word processing errors, the original Memorandum was filed with certain formatting and typographical errors, which, primarily, this motion seeks to correct.

Defendant submits the corrected Memorandum, attached hereto as Exhibit A, to assist future review, briefing, and citation by this Court and the parties. To that end, the corrected Memorandum amends the table of contents, table of authorities, typographical errors, and hyperlinks within the existing Docket 25-1. The corrected Memorandum also corrects quotations to items previously filed with the Court, conforms citations to the Bluebook Uniform System of Citation, and amends explanatory phrases and parentheticals regarding text and citations where

appropriate. The corrected Memorandum does not change or otherwise provide new substantive arguments set forth in existing Docket 25-1. A redline comparing the corrected Memorandum to existing Docket 25-1 is attached here to as Exhibit B.

Counsel for Mr. Beblawi has conferred with counsel for Plaintiff Mohamed Soltan ("Plaintiff" or "Mr. Soltan") and provided copies of the present motion, Exhibit A, Exhibit B and the accompanying proposed order. In response, Plaintiff's counsel confirmed that "Plaintiff does not oppose granting the relief sought in your motion." A proposed Order granting this motion and replacing existing Docket 25-1 with the corrected Memorandum accompanies this motion.

Respectfully submitted,

Dated: July 1, 2020

*/s/ Timothy M. Broas*

TIMOTHY M. BROAS (D.C. Bar #391145)
RACHEL A. BECK (D.C. Bar #1029929)
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, NW Suite 700
Washington, DC 20004
Tel.: (202) 508-6000
Email: timothy.broas@bclplaw.com
          rachel.beck@bclplaw.com

*/s/ Robert H. Bunzel*

ROBERT H. BUNZEL (*pro hac vice*)
LOUISE ANN FERNANDEZ (*pro hac vice*)
JOHN J. BARTKO (*pro hac vice*)
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Corporation
One Embarcadero Center Suite 800
San Francisco, CA 94111
Tel: (415) 956-1900
Email: rbunzel@bzbm.com
          lfernandez@bzbm.com
          jbartko@bzbm.com

*Attorneys for Hazem Abdel Azis El Beblawi*

602165584.3