# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED SOLTAN,<br><br>        Plaintiff,<br><br>    v.<br><br>HAZEM ABDEL AZIZ EL BEBLAWI,<br><br>        Defendant. | Case No. 1:20-cv-01437-CKK |

### ORDER

Upon consideration of Defendant HAZEM ABDEL AZIZ EL BEBLAWI's [25] Consent Motion to Correct Memorandum In Support of Motion to Dismiss ("Motion"), it is hereby **ORDERED** that the motion is **GRANTED**. The Court hereby accepts Exhibit A to the Motion as replacing the existing Docket 25-1 and will treat Exhibit A as the operative Memorandum In Support of Defendant's Motion to Dismiss going forward.

Dated: July 1, 2020

/S/
_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge