IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED SOLTAN, | ) |
| Plaintiff, | ) Civil Action No.: 20-cv-1437 (CKK) |
| v. | ) |
| HAZEM ABDEL AZIZ EL BEBLAWI, | ) |
| Defendant. | ) |

**PLAINTIFF MOHAMED SOLTAN'S MOTION FOR ADMINISTRATIVE STAY OF PROCEEDINGS FOR THE COURT TO ASSESS THE STATUS OF DEFENDANT BEBLAWI'S CLAIM OF DIPLOMATIC IMMUNITY**

Pursuant to the Court's inherent power to manage its own proceedings, and for the reasons stated in the accompanying Memorandum, Plaintiff Mohamed Soltan moves this Court for an administrative stay of Defendant Beblawi's Motion to Dismiss (Dkt. #25) and Motion to Quash Service of Process (Dkt. #24) pending answers by Defendant Beblawi to questions surrounding his recent filing of the State Department's July 7 letter (Dkt. # 32-1) and the import of the document on his claim of diplomatic immunity. A proposed order is attached.

DATED:    July 20, 2020            Respectfully submitted,

/s/ Eric L. Lewis
Eric L. Lewis (D.C. Bar #394643)
Waleed Nassar (D.C. Bar #992659)
Jeffrey D. Robinson (D.C. Bar #376037)
Aisha E. Bembry (D.C. Bar #4889500)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Ave., N.W, Suite 1000
Washington, D.C. 20005
(202) 833- 8900 (voice)
(202) 466-5738 (facsimile)

Counsel for Plaintiff Mohamed Soltan