# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

MOHAMED SOLTAN,

       Plaintiff,

      v.

HAZEM ABDEL AZIZ EL BEBLAWI,

       Defendant.

Case No. 1:20-cv-01437-CKK

## DECLARATION OF ROBERT H. BUNZEL

I, ROBERT H. BUNZEL, pursuant to 28 U.S.C. § 1746, hereby declare and state:

1.      I am admitted to practice before this Court *pro hac vice*.  My firm Bartko, Zankel, Bunzel & Miller and I represent Defendant Hazem Abdel Aziz El Bablawi ("Mr. Beblawi") in this matter.  The facts in this declaration are true and based on personal knowledge.

2.      Attached hereto as Exhibit A are the front and back of Mr. Bablawi's United States State Department Diplomatic Identification Card.  On July 30, 2020, I asked Mr. Beblawi to send me photographs of the card front and back, and Exhibit A contains true and correct copies of what I received in response, also on July 30, 2020.  I then spoke to Mr. Beblawi and confirmed receipt of the same.  To the extent these documents are reviewed in black and white, the border colors at the top of each side are light blue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 3, 2020

_____
Robert H. Bunzel

# EXHIBIT A



★ **UNITED STATES DEPARTMENT** OF **STATE** ★

**DIPLOMATIC IDENTIFICATION CARD**
PID# **4025-4653-52**   Expires: **12/31/2020**
Mission:
**INTERNATIONAL MONETARY FUND**
**INTERNATIONAL ORGANIZATION**
Name:
**ELBEBLAWI,**
**HAZEM ABDELAZIZ MOHAMED**
DOB:
Title:
**PRINCIPAL RESIDENT REPRESENTATIVE**

Location:
**WASHINGTON, DC**
SEE REVERSE SIDE FOR STATEMENT OF IMMUNITY

**USA**

---

This person has been duly notified to the Department of State and under international law enjoys immunity from criminal jurisdiction. The bearer shall not be liable to any form of arrest or detention, but may be given a notice of violation.

The bearer shall be treated with due respect and all appropriate steps shall be taken to prevent any attack on the bearer's person, freedom, or dignity.

LAW ENFORCEMENT INQUIRIES
SHOULD BE DIRECTED TO:
(571) 345-3146

IF FOUND, MAIL TO:
U.S. Department of State
Customer Service Center
SA-33, 1st Floor
Washington, DC 20522-3302
Return postage guaranteed

2000227088   G9F67B72ED

083
B02