# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED SOLTAN, | ) |
| Plaintiff, | ) Civil Action No.: 20-cv-1437 (CKK) |
| v. | ) |
| HAZEM ABDEL AZIZ EL BEBLAWI, | ) |
| Defendant. | ) |

## [REVISED PROPOSED] ORDER ON

## PLAINTIFF'S MOTION FOR ADMINISTRATIVE STAY

Upon consideration of Plaintiff's Motion for Administrative Stay, the Opposition thereto, and Plaintiff's Reply, it is hereby **ORDERED** that:

(1) Having failed to meet his burden of demonstrating that he satisfies the requirements of Article V, Section 15(4) of the Agreement between the United Nations and the United States of America regarding the Headquarters of the United Nations, that the portion of Defendant Hazem Abdel Aziz El Beblawi's Motion to Dismiss on the basis of diplomatic status immunity is **DENIED** for the reasons stated in the Memorandum Opinion to be issued by the Court; and

(2) Defendant Beblawi shall file his Reply to Plaintiff's Opposition to the Motion to Dismiss on all other issues raised in his motion on or before August 20, 2020.

Dated: _____

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge